FILED
2021 AUG 20 AM 11:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>21 MJ 03916 |
| REID JAMES NEWMAN<br>USMS# 96759-298          DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/20/2021 - 9:00       ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    18 USC 3146 - Failure to Appear

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1992

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___      Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ___

11. Name: R. Reyna                                (please print)

12. Office Phone Number: 231620-7676         13. Agency: USMS

14. Signature: _____                          15. Date: 8/20/2021

CR-64 (05/18)              REPORT COMMENCING CRIMINAL ACTION