```
                                      FILED
                           CLERK, U.S. DISTRICT COURT

                                 AUG 2 0 2021

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-mj-03916 |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF REVOCATION/DETENTION IN BAIL REVOCATION/DETENTION PROCEEDINGS |
| v. | ) | |
| Reid James Newman, | ) ) | (18 U.S.C. § 3148(b)) |
| Defendant. | ) ) | |

Upon motion of the Government to detain defendant in connection with bail revocation/detention proceedings pursuant to 18 U.S.C. § 3148(b):

A.  The Court finds:

( )  there is probable cause to believe that defendant has committed a federal, state, or local crime while on release;

(✓) there is clear and convincing evidence that defendant has violated another condition of release;

B.  The Court further finds:

(✓) no condition or combination of conditions will reasonably assure the appearance of defendant as required;

1        (  ) no condition or combination of conditions will
2            reasonably assure the safety of any other person and
3            the community;
4        (  ) defendant is unlikely to abide by any condition or
5            combination of conditions of release.
6    C.   The Court has considered:
7        (✓) the nature and circumstances of the offense(s) charged;
8        (✓) the weight of the evidence against defendant;
9        (✓) the history and characteristics of defendant;
10       (✓) the nature and seriousness of the danger to any person
11           or the community that would be posed by defendant's
12           release.
13   D.   The Court concludes:
14       (  ) Defendant poses a risk to the safety of other persons
15           and the community based on: _____
16       _____
17       _____
18       _____
19       (✓) Defendant poses a serious flight risk based on: _____
20       _instant Offense allegation; lack of stable_
21       _residence ; history of substance abuse_
22       _____
23       (  ) Defendant is unlikely to abide by any condition or
24           combination of conditions of release based on:
25       _____
26       _____
27       _____
28

1      E.    The Government ( ) is ( ) is not entitled to a rebuttable

2            presumption that no condition or combination of conditions

3            will assure that defendant will not pose a danger to the

4            safety of any person or the community.

5      F.    The Court finds:

6            ( ) Defendant has not rebutted by sufficient evidence to

7                the contrary the presumption provided in 18 U.S.C.

8                § 3148(b) that no condition or combination of

9                conditions will assure the safety of any other person

10               or the community;

11     IT IS ORDERED that defendant is detained and remanded to the

12 custody of the U.S. Marshal.

13     If defendant is awaiting trial, IT IS FURTHER ORDERED that

14 defendant be confined in a corrections facility separate, to the

15 extent practicable, from persons awaiting or serving sentences or

16 persons held in custody pending appeal.

17     IT IS FURTHER ORDERED that defendant be afforded reasonable

18 opportunity for private consultation with defendant's counsel.

19 DATED:    8/20/2021

20                       HONORABLE JACQUELINE CHOOLJIAN
                         United States Magistrate Judge

21

22

23

24

25

26

27

28